

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00420-CR

| | | |
|---|---|---|
| Samuel Rochell Madison | § | From Criminal District Court No. 2 |
| | § | of Tarrant County (1407727D) |
| v. | § | April 5, 2018 |
| | § | Opinion by Justice Meier |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
     Justice Bill Meier